**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:                                                                    CASE NO. 19-30616-KKS

Matthew Richardson,                                          Chapter 7 (I)

       Debtor(s).
_____/

**ORDER GRANTING MOTION TO TRANSFER VENUE
TO PENSACOLA DIVISION (DOC. 5)**

THIS MATTER came before the Court upon the Debtor'(s)' *Motion to Transfer Venue to Pensacola Division* (Doc. 5 "Motion"). After consideration of the Motion and the Court being otherwise fully advised in the premises, it is

**ORDERED** that Debtor'(s)' Motion is GRANTED; the venue of this Chapter 7 (I) bankruptcy case shall be transferred to the Pensacola Division of the Northern District of Florida.

DONE and ORDERED __June 5, 2019_____.

                                       /s/ Karen K. Specie
                                  KAREN K. SPECIE
                                  U.S. BANKRUPTCY JUDGE

Lewis & Jurnovoy, P.A. is directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order
Order Prepared by Lewis & Jurnovoy